# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-439-FDW-DCK

| | |
|---|---|
| SARABETH EAVES AND BONNIE EAVES, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| OCTAPHARMA PLASMA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay All Case Deadlines Pending The Filing Of A Consolidated Complaint, Or In The Alternative, To Extend The Deadline For Defendant To Respond To Plaintiffs' Complaint" (Document No. 11) filed May 20, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Whitney's chamber, the undersigned will <u>grant</u> the motion with modification.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay All Case Deadlines Pending The Filing Of A Consolidated Complaint, Or In The Alternative, To Extend The Deadline For Defendant To Respond To Plaintiffs' Complaint" (Document No. 11) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** pending a decision on "Plaintiff's Amended Motion To Consolidate" 3:24-CV-424-MOC-SCR, (Document No. 5). If "Plaintiff's Amended Motion To Consolidate" is denied, Defendants in this case shall file an

Answer, or other responsive pleading, within **fourteen (14) days** of the decision denying "Plaintiff's Amended Motion To Consolidate."

    **SO ORDERED**.

Signed: May 20, 2024

David C. Keesler
United States Magistrate Judge